1   R. MICHAEL LIEBERMAN (SBN 120831)
    LAW OFFICES OF R. MICHAEL LIEBERMAN
2   1398 POST STREET
    SAN FRANCISCO, CALIFORNIA 94109
3   TELEPHONE: (415) 929-3197
    FAX: (415) 929-3476
4   EMAIL: michael@spark84.com

5   Attorneys for Plaintiffs
    CHRISTIAN WALKER, as Guardian Ad Litem of
6   S.W., I.W. and T.W.

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
    CHRISTIAN WALKER, as Guardian Ad Litem of   ) NO.    24-cv-06226-MMC
11  S.W., I.W. and T.W.,                        )
                                                )
12              Plaintiffs,                      ) STIPULATION   OF   DISMISSAL   [FRCP
                                                ) 41(A)(1)(II)] AND ORDER OF DISMISSAL
13         vs.                                   )
                                                ) COURTROOM 7, 19TH FLOOR
14  TAP AIR PORTUGAL, a corporation of form     )
    unknown doing business in California; and DOES )
15  1 through 50, inclusive,                    )
                                                )
16              Defendants.                      )
                                                )
17                                              )
                                                )
18                                              )

19

20

21

22

23

24

25

26

27

28
                                     - 1 -
    STIPULATION OF DISMISSAL [FRCP 41(A)(1)(II)] AND ORDER OF DISMISSAL

1

Plaintiffs CHRISTIAN WALKER, as Guardian Ad Litem of S.W., I.W. and T.W., and defendant

2  TRANSPORTES AEREOS PORTUGUESES, S.A., hereby stipulate under Federal Rules of Civil

3  Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and

4  parties, with each party bearing that party's own attorney's fees and costs.

5  DATED: 9/30/24

6
7  LAW OFFICES OF R. MICHAEL LIEBERMAN

8  BY: _____
              R. MICHAEL LIEBERMAN

9  Attorneys for Plaintiffs
10 CHRISTIAN WALKER, as Guardian Ad Litem of S.W., I.W. and T.W.

11 DATED: 9/30/24

12 CONDON & FORSYTH LLP

13
14 BY: _____
              SCOTT D. CUNNINGHAM
15            IVY L. NOWINSKI

16 Attorneys for Defendant
   TRANSPORTES AEREOS PORTUGUESES, S.A.

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
STIPULATION OF DISMISSAL [FRCP 41(A)(1)(II)] AND ORDER OF DISMISSAL

1

## ORDER OF DISMISSAL

2        Pursuant to the Stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS

3 ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all

4 claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs. The

Clerk is directed to close the file.

5

6 DATED:  October 2, 2024

7                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL [FRCP 41(A)(1)(II)] AND ORDER OF DISMISSAL